# United States District Court
## *Southern District of Georgia*
### Brunswick Division

WILSON AUSTIN                                    *

                                                 *

VS                                               *          CASE NUMBER    CV205-230

LAMB'S YACHT CENTER, INC.                        *

                                                 *

## MINUTE ORDER

The above captioned case having come on for hearing this ___23rd___ day of

___February___, ___2007___, and the following motions having been ruled on orally, said rulings,

as listed, are hereby made the judgment of this Court:

Motion by Defendant Lamb's Yacht Center, Inc. to dismiss is denied.

**SO ORDERED**, this ___22___ day of ___February___, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA