IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 22  P 1: 12

WILSON AUSTIN,

    Plaintiff,

vs.

LAMB'S YACHT CENTER, INC.,

    Defendant.

CIVIL ACTION NO.: CV205-230

## ORDER

Defendant filed a Motion in Limine (Doc. 49) seeking to exclude the testimony of the four expert witnesses identified by Plaintiff in his Rule 26(a) Disclosures. Plaintiff has filed no response to the motion indicating no opposition thereto. See Local Rule 7.5. Accordingly, Defendant's unopposed Motion in Limine is **GRANTED**.

**SO ORDERED**, this 22 day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)