IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILSON AUSTIN,

   Plaintiff,

vs.

LAMB'S YACHT CENTER, INC.,

   Defendant.

CIVIL ACTION NO.: CV205-230

## ORDER

Defendant filed a Second Motion in Limine (Doc. 50) seeking to exclude any evidence that Plaintiff suffers from cancer or any other illness and evidence of treatment. Defendant's Second Motion in Limine is **DENIED** at this time. The admissibility of any such evidence will be determined at trial.

**SO ORDERED**, this 22 day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)