# United States District Court
## *Southern District of Georgia*
### Brunswick Division



FILED
U.S. DISTRICT COURT

2007 MAR 28 A 10: 58

| | | |
|---|---|---|
| WILSON AUSTIN | * | |
| | * | CASE NUMBER  CV205-230 |
| vs | * | |
| LAMB'S YACHT CENTER, INC. | * | |
| | * | |
| | * | |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this __28__ day of _____March_____, 2007.

```
_____
JUDGE, UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF GEORGIA
```